IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANNA MAREK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV31 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, Michael Astrue, Commissioner, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff has submitted a motion to proceed *in forma pauperis*. Filing No. 2. After reviewing the request, this court waives payment of any fees or posting of any bond and grants plaintiff leave to proceed *in forma pauperis*.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed *in forma pauperis,* Filing No. 2, is granted.

DATED this 28th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge